AO 240 (Rev. 9/96)

# United States District Court

**DISTRICT OF** _____

Plaintiff GERALD M. HILL

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

V.

Defendant EDWARD FICCO    CASE NUMBER: _____

I, GERALD M. HILL    declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 U.S.C. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:  ☑ Yes    ☐ No    (If "No" go to Part 2)
   If "Yes" state the place of your incarceration  S. B. C. C., SOUZA BARANOWSKI C.C.
   Are you employed at the institution?  NO    Do you receive any payment from the institution?  NO

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?    ☐ Yes    ☑ No
   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past twelve months have you received any money from any of the following sources?
   a. Business, profession or other self-employment    ☐ Yes    ☐ No
   b. Rent payments, interest or dividends    ☐ Yes    ☐ No
   c. Pensions, annuities or life insurance payments    ☐ Yes    ☐ No
   d. Disability or workers compensation payments    ☐ Yes    ☐ No
   e. Gifts or inheritances    ☑ Yes    ☐ No
   f. Any other sources    ☐ Yes    ☐ No

   If the answer to any of the above is "yes" describe each source of money and state the amount received **and** what you expect you will continue to receive.

   OCCASSIONALLY I RECEIVED MONEY FROM FAMILY MEMBERS UNDER NO OBLIGATION!

This form was electronically produced by Elite Federal Forms, Inc.

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

**Date :** 20040409 08:05

| | | |
|---|---|---|
| Commit# : | W36748 | SOUZA-BARANOWSKI CORRECTIONAL |
| Name : | HILL, GERALD, , | |
| Inst : | SOUZA-BARANOWSKI CORRECTIONAL | |
| Block : | J2 | |
| Cell/Bed : | 18 /A | |

Page : 1

Statement From 20031031
To 20040408

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal | | Savings | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Income | Expense | Income | Expense |
| | | | | Total Transaction before this Period : | | $935.65 | $754.19 | $0.00 | $0.00 |
| 20031031 22:30 | CN - Canteen | 1895397 | | SBCC | ~Canteen Date : 20031031 | $0.00 | $29.74 | $0.00 | $0.00 |
| 20031104 09:52 | ML - Mail | 1900947 | | SBCC | ~B. HILL | $110.00 | $0.00 | $0.00 | $0.00 |
| 20031105 10:22 | ML - Mail | 1906392 | | SBCC | -HILL,N. | $50.00 | $0.00 | $0.00 | $0.00 |
| 20031107 16:25 | IS - Interest | 1924719 | | SBCC | | $0.28 | $0.00 | $0.00 | $0.00 |
| 20031107 22:30 | CN - Canteen | 1940545 | | SBCC | ~Canteen Date : 20031107 | $0.00 | $19.24 | $0.00 | $0.00 |
| 20031113 09:24 | ML - Mail | 1961263 | 907 | SBCC | -LESLIE HILL | $50.00 | $0.00 | $0.00 | $0.00 |
| 20031114 08:31 | IC - Transfer from Inmate to Club A/c | 1966095 | | SBCC | -postage-POSTAGE - Z11 -POSTAGE - Z11 | $0.00 | $1.29 | $0.00 | $0.00 |
| 20031114 22:30 | CN - Canteen | 1968635 | | SBCC | ~Canteen Date : 20031114 | $0.00 | $17.68 | $0.00 | $0.00 |
| 20031121 22:30 | CN - Canteen | 1998106 | | SBCC | ~Canteen Date : 20031121 | $0.00 | $29.32 | $0.00 | $0.00 |
| 20031126 22:30 | CN - Canteen | 2015572 | | SBCC | ~Canteen Date : 20031126 | $0.00 | $23.38 | $0.00 | $0.00 |
| 20031205 22:30 | CN - Canteen | 2053786 | | SBCC | ~Canteen Date : 20031205 | $0.00 | $23.22 | $0.00 | $0.00 |
| 20031209 13:37 | IS - Interest | 2060972 | | SBCC | | $0.36 | $0.00 | $0.00 | $0.00 |
| 20031210 14:52 | IC - Transfer from Inmate to Club A/c | 2080824 | | SBCC | -soap/ike bball/showershoes -KCN WASH ACCOUNT - Z5-KCN WASH ACCOUNT - Z5 | $0.00 | $66.19 | $0.00 | $0.00 |
| 20031211 14:18 | CI - Transfer from Club to Inmate A/c | 2092420 | | SBCC | -canteen refund 12/5/03~W36748 HILL,GERALD PERSONAL~KCN WASH ACCOUNT - Z5 | $1.68 | $0.00 | $0.00 | $0.00 |
| 20031212 22:30 | CN - Canteen | 2099178 | | SBCC | ~Canteen Date : 20031212 | $0.00 | $49.99 | $0.00 | $0.00 |
| 20031219 22:30 | CN - Canteen | 2131846 | | SBCC | ~Canteen Date : 20031219 | $0.00 | $18.09 | $0.00 | $0.00 |
| 20031222 10:35 | ML - Mail | 2135238 | | SBCC | -B.HILL | $50.00 | $0.00 | $0.00 | $0.00 |
| 20031224 22:30 | CN - Canteen | 2150160 | | SBCC | ~Canteen Date : 20031224 | $0.00 | $8.85 | $0.00 | $0.00 |
| 20040102 22:30 | CN - Canteen | 2189169 | | SBCC | ~Canteen Date : 20040102 | $0.00 | $36.26 | $0.00 | $0.00 |
| 20040106 10:46 | ML - Mail | 2197450 | | SBCC | - DEBRA HILL | $25.00 | $0.00 | $0.00 | $0.00 |
| 20040109 14:17 | IC - Transfer from Inmate to Club A/c | 2219924 | | SBCC | - haircut 12/29-1/2-HAIRCUT REVENUE - Z3-HAIRCUT REVENUE - Z3 | $0.00 | $1.50 | $0.00 | $0.00 |
| 20040109 22:30 | CN - Canteen | 2221402 | | SBCC | ~Canteen Date : 20040109 | $0.00 | $31.78 | $0.00 | $0.00 |
| 20040113 12:01 | IS - Interest | 2228842 | | SBCC | | $0.24 | $0.00 | $0.00 | $0.00 |
| 20040116 22:30 | CN - Canteen | 2265735 | | SBCC | ~Canteen Date : 20040116 | $0.00 | $16.90 | $0.00 | $0.00 |
| 20040120 08:35 | IC - Transfer from Inmate to Club A/c | 2269405 | | SBCC | -postage-POSTAGE - Z11-POSTAGE - Z11 | $0.00 | $1.29 | $0.00 | $0.00 |
| 20040122 09:39 | ML - Mail | 2286273 | | SBCC | -NAH. | $50.00 | $0.00 | $0.00 | $0.00 |
| 20040123 22:30 | CN - Canteen | 2293299 | | SBCC | ~Canteen Date : 20040123 | $0.00 | $23.34 | $0.00 | $0.00 |
| 20040130 22:30 | CN - Canteen | 2321570 | | SBCC | ~Canteen Date : 20040130 | $0.00 | $24.81 | $0.00 | $0.00 |
| 20040203 12:56 | IC - Transfer from Inmate to Club A/c | 2327405 | | SBCC | -haircut 1/26-1/30-HAIRCUT REVENUE - Z3-HAIRCUT | $0.00 | $1.50 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

**Date :  20040409 08:05**

| | | |
|---|---|---|
| Commit# : | W36748 | |
| Name   : | HILL, GERALD, , | |
| Inst   : | SOUZA-BARANOWSKI CORRECTIONAL | |
| Block  : | J2 | |
| Cell/Bed : | 18 /A | |

| | |
|---|---|
| | SOUZA-BARANOWSKI CORRECTIONAL |
| Statement From | 20031031 |
| To | 20040408 |

Page : 2

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | REVENUE - Z3 | | | | |
| 20040205 09:06 | IC - Transfer from Inmate to Club A/c | 2342545 | | SBCC | ~postage-POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.50 | $0.00 | $0.00 |
| 20040206 22:30 | CN - Canteen | 2349607 | | SBCC | ~Canteen Date : 20040206 | $0.00 | $27.61 | $0.00 | $0.00 |
| 20040210 11:35 | IS - Interest | 2358162 | | SBCC | | $0.15 | $0.00 | $0.00 | $0.00 |
| 20040212 11:19 | ML - Mail | 2388133 | | SBCC | ~B. Hill | $40.00 | $0.00 | $0.00 | $0.00 |
| 20040213 22:30 | CN - Canteen | 2393723 | | SBCC | ~Canteen Date : 20040213 | $0.00 | $19.60 | $0.00 | $0.00 |
| 20040218 10:03 | IC - Transfer from Inmate to Club A/c | 2404216 | | SBCC | ~POSTAGE - POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.83 | $0.00 | $0.00 |
| 20040221 14:34 | CN - Canteen | 2421969 | | SBCC | ~Canteen Date : 20040220 | $0.00 | $14.91 | $0.00 | $0.00 |
| 20040227 22:30 | CN - Canteen | 2451481 | | SBCC | ~Canteen Date : 20040227 | $0.00 | $17.10 | $0.00 | $0.00 |
| 20040305 22:30 | CN - Canteen | 2481237 | | SBCC | ~Canteen Date : 20040305 | $0.00 | $29.10 | $0.00 | $0.00 |
| 20040309 14:53 | IS - Interest | 2489628 | | SBCC | | $0.09 | $0.00 | $0.00 | $0.00 |
| 20040312 09:52 | ML - Mail | 2524774 | | SBCC | ~N. HILL | $50.00 | $0.00 | $0.00 | $0.00 |
| 20040315 10:01 | CN - Canteen | 2527695 | | SBCC | ~Canteen Date : 20040312 | $0.00 | $20.82 | $0.00 | $0.00 |
| 20040315 10:12 | ML - Mail | 2528262 | | SBCC | ~BEAUANNE HILL | $30.00 | $0.00 | $0.00 | $0.00 |
| 20040319 22:30 | CN - Canteen | 2554921 | | SBCC | ~Canteen Date : 20040319 | $0.00 | $23.23 | $0.00 | $0.00 |
| 20040322 11:59 | IC - Transfer from Inmate to Club A/c | 2558021 | | SBCC | ~haircut 3/9-3/12~HAIRCUT REVENUE - Z3~HAIRCUT REVENUE - Z3 | $0.00 | $1.50 | $0.00 | $0.00 |
| 20040326 22:30 | CN - Canteen | 2584537 | | SBCC | ~Canteen Date : 20040326 | $0.00 | $19.88 | $0.00 | $0.00 |
| 20040405 09:34 | CN - Canteen | 2613804 | | SBCC | ~Canteen Date : 20040402 | $0.00 | $14.17 | $0.00 | $0.00 |
| | | | | | | $457.80 | $614.62 | $0.00 | $0.00 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $24.64 | $0.00 |

**Current Balances :**

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $24.64 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

AO 240 (Rev. 9/96)

4. Do you have **any** cash or checking or savings accounts?    ☐ Yes    ☒ No
   If "yes" state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☒ No
   If "yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

4 - -04
DATE                        SIGNATURE OF APPLICANT

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.