UNITED STATES DISTRICT COURT

First District                                           District of Mass.

Gerald M. Hill

v.

Edward Ficco, et al.

MOTION FOR APPOINTMENT OF COUNSEL

Now comes the petitioner Gerald M. Hill in the above entitled matter respectfully requesting that this honorable court appoint counsel to represent the petitioner in this matter.

Wherefor the petitioner moves for this court to appoint counsel for reasons set forth in the affidavit in support of this motion.

Respectfully Submitted,

Gerald M. Hill W-36748
S.B.C.C. P.O.Box 8000
Shirley, Mass. 01464