UNITED STATES DISTRICT COURT

First District                                    District of Mass.

Gerald M. Hill,

v.

Edward Ficco, et al.

AFFIDAVIT IN SUPPORT OF MOTION FOR APPOINMENT OF COUNSEL.

I, Gerald M. HILL, do hereby depose and state:

1 I am the petitioner in the above entitled matter

2 I am indigent and unable to afford private counsel

3 I am allowed only 3 hours of library time per week

4 My knowledge of the law is very limeted

5 I have valid arguments that should grant this Habe and I need proper representation to guide me through.

Signed under the pains and penalties of perjury on this day of,

Signed, *[signature]*

Gerald M. Hill W-36748
S.B.C.C. P.O. Box 8000
Shirley, Mass. 01464