UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
GERALD M. HILL,               )
        Petitioner,           )
                              )
    v.                        )    C.A. No. 04-10776-RCL
                              )
EDWARD FICCO,                 )
        Respondent.           )
```

ORDER ON MOTION TO APPOINT COUNSEL

Now before the court is petitioner's Motion for Appointment of Counsel. Accordingly, it is hereby

ORDERED that petitioner's motion for appointment of counsel (DOCKET No. 2) is denied without prejudice to filing such a motion after the respondent has filed a responsive pleading to the petition.

SO ORDERED.

Dated at Boston, Massachusetts, this 5th day of May, 2004.

                          /s/ Reginald C. Lindsay
                          REGINALD C. LINDSAY
                          UNITED STATES DISTRICT JUDGE