UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**GERALD M. HILL,**
                Petitioner,

                                              Civil Action
                v.                              No.  04-10776-RCL

**EDWARD FICCO,**
                Respondent.

ORDER ON APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF FEES

**Having considered the petitioner's Application to Proceed Without Prepayment of Fees under 28 U.S.C. § 1915;**

☒    **In accordance with Fed. R. Civ. P. 5(e), the clerk filed this Section 2254 petition and assigned it Civil Action No. 04-10776-RCL.**

**It is ORDERED that:**

☐    The application to proceed without prepayment of fees is GRANTED.

☒    It is FURTHER ORDERED that the application is DENIED for the following reasons:

        The inmate transaction report accompanying the Application to Proceed Without Prepayment of Fees indicates that petitioner has $26.64 in his prison (personal) account.

☒    It is FURTHER ORDERED that petitioner must pay the $5.00 filing fee to the Clerk of Court within forty-two (42) days from the date of this Order, or this action will be subject to dismissal.

**May 5, 2004**                /s/ Reginald C. Lindsay
**DATE**                          REGINALD C. LINDSAY
                                     UNITED STATES DISTRICT JUDGE

(ifphabe.ord - 9/20/96)                                                                             [oifphc.]