UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| GERALD M. HILL,<br>　　　　Petitioner, | ) ) ) ) | |
| v. | ) | C.A. NO. 04-10776-RCL |
| | ) | |
| EDWARD FICCO, SUPERINTENDENT<br>　　　　Respondent | ) ) ) ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned as counsel for the respondent in the above-captioned matter.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

*Annette C. Benedetto*

Annette C. Benedetto
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200
BBO No. 037060