UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN -2  A II: 26

U.S. DISTRICT COURT
DISTRICT OF MASS

|  |  |  |
|---|---|---|
| GERALD M. HILL,<br>Petitioner, | ) ) ) ) | |
| v. | ) | C.A. NO. 04-10776-RCL |
| EDWARD FICCO, SUPERINTENDENT<br>Respondent | ) ) ) ) ) | |

**MOTION TO ENLARGE THE TIME
FOR FILING AN ANSWER OR OTHER RESPONSIVE PLEADING**

The respondent, Edward Ficco, Superintendent of Souza-Baronowski Correctional

Center, through counsel, respectfully moves this Court to enlarge the time in which to file an

answer or other responsive pleading to the above-captioned petition for writ of habeas corpus to

July 23, 2004.

As grounds therefor, the respondents' attorney states:

1. Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts

requires the respondent to answer each allegation of the complaint and state whether the

petitioner has exhausted state remedies including post-conviction actions. The Rule also requires

that the respondent indicate what transcripts or parts of state court proceedings are available.

2. To this end, the respondent's attorney has requested the record of the petitioner's state

court proceedings from the Suffolk County District Attorney's office. The district attorney's

office must locate the files, duplicate the records, including trial transcripts, and transmit a copy

to the Attorney General's Office. These are time-consuming tasks which staffers in the district

attorney's office must fit into their regular pressing duties. The AGO has not yet received these

documents and additional time will be needed to review these documents when they arrive, to

2

research relevant issues and to draft an appropriate response to the petition.

3. In addition, the respondent's attorney is responsible for numerous post-conviction cases which include numerous federal habeas corpus petitions as well as direct criminal appeals, new trial motions, civil rights litigation and parole and probation matters.

WHEREFOR, the respondent respectfully moves this Court to enlarge the time for filing an answer or other responsive pleading in the above-captioned petition to July 23, 2004.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

Annette C. Benedetto
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200
BBO No. 037060

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above documents was served upon the petitioner pro se on June 1, 2004, by first class mail, postage prepaid, at the address below:

Gerald M. Hill, pro se
Souza-Baronowski Correctional Center
P. O. Box 8000
Shirley, MA 01464

Annette C. Benedetto
Assistant Attorney General