SCANNED

DATE: _____

BY: _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| GERALD M. HILL,<br>Petitioner,<br><br>v.<br><br>EDWARD FICCO, SUPERINTENDENT<br>Respondent | )<br>)<br>)<br>)<br>) C.A. NO. 04-10776-RCL<br>)<br>)<br>)<br>) |

## MOTION FOR A MORE DEFINITE STATEMENT AND FOR ENLARGEMENT OF TIME TO FILE AN ANSWER

The respondent respectfully moves this Court to order the petitioner to submit a more definite statement of the claims upon which he relies in his petition for writ of habeas relief and for an enlargement of time to file an Answer and Supplemental Answer in response to the more definite statement. Fed. R. Civ. P. 12(e).

A memorandum in support of this motion is attached.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

*Annette C. Benedetto*
Annette C. Benedetto
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200
BBO No. 037060