FILED
IN OFFICE

2004 AUG 12 P 12: 42

UNITED STATES DISTRICT COURT

U.S. DISTRICT COURT
DISTRICT OF MASS

Gerald M. Hill, petitioner

    v.

Edward Ficco, respondent

case# 04-10776-RCL

MOTION IN OPPOSITION FOR ENLARGEMENT
OF TIME FOR FILING ANSWER TO WRIT

The petitioner respectfully moves that this honorable court deny the respondent any additional time more than twenty days to respond to the petitioners Writ of Habeas Corpus. Enclosed is an affidavit in support of this motion by petioner.

Respectfully Submitted,

*/s/ Gerald M. Hill*
Gerald M. Hill
S.B.C.C.
P.O. Box 8000
Shirley, Mass. 01464

I, *Gerald M. Hill* ,hereby certify that a true copy of the above was served to the respondent, Annette C. Benedetto A.A.G. on July,    ,2004.

Sent first class mail, postage prepaid to the address below.

Annette C. Benedetto
Assistant Attorney General
Criminal Bureau
ONE Ashburton Place
Boston, Mass. 02108