UNITED STATES DISTRICT COURT

Gerald M. Hill, petitioner

v.

Edward Ficco, respondent

case# 04-10776-RCL

Affidavit of petitioner in support of motion to oppose respondents motion for enlargement of time to file answer to petitioners Writ of Habeas Corpus.

---

I, Gerald M. Hill state the following to be true based on my knowledge and belief under the pains and penalties of perjury:

(1) I, Gerald M. Hill filed a Writ of Habeas Corpus on 4-12-04 in the United States District Court, District of Massachussetts.
(2) On 4-29-04 Judge Reginald C. Lindsay ordered the clerk of court to serve a copy of my petition to the respondent and to the Attorney Generals Office for the Commonwealth of Massachusetts.
(3) On 5-11-04 the office of the Attorney General received a copy of my Writ of Habeas Corpus.
(4) On 6-1-04 A.A.G. Annette C. Benedetto filed a notice of appearance, motion for enlargement of time to file an answer, and certificate of service, for a date of July, 23, 2004.
(5) On 7-23-04 A.A.G. Annette C. Benedetto again filed a motion for enlargement of time to file an answer plus a motion for a more definite statement from the petitioner and a certificate of service.
(6) On 6-1-04 A.A.G. Annette C. Benedetto did not claim that the petioners copy of Writ of Habeas Corpus was incomplete nor Illegible.
(7) A.A.G. Annette C. Benedetto should have addressed any and all issues with the petitioners Writ of Habeas Corpus within the first order to respond within twenty days. However she did'nt

(1)

and waited an additional seven and a half weeks to make these claims.

(8) The petitioners file should have been in A.A.G. Benedetto's possession for quite some time now and with a complete and legible copy of the petition now. The response should not take more than the required twenty days.

Dated 7-30-04

Gerald M. Hill
S.B.C.C.
P.O. Box 8000
Shirley, Mass. 01464

(2)