UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

GERALD M. HILL,
    Petitioner,

v.

EDWARD FICCO,
    Superintendent, Souza Baranowski
    Correctional Center,
        Respondent.

Civil Action
No. 04-10776-RCL

## ANSWER

Respondent, pursuant to Rule 5 of the Rules Governing 28 U.S.C. § 2254 cases, answers the numbered paragraphs of the petition for writ of habeas corpus as follows:

| | |
|---|---|
| 1.-8. | Admitted. |
| 9(a)-(e). | Admitted. |
| 9(f). | Left blank by petitioner. |
| 10. | Admitted. |
| 11(a)-(b) | Admitted. |
| 11(c)-(d) | Left blank by petitioner. |
| 12(A)-(F). | The paragraph contains conclusions of law requiring no response. To the extent that the petitioner presents facts, they are denied. |
| 13. | Left blank by petitioner. |
| 14. | The respondent is without knowledge or information sufficient to respond to these paragraphs. |
| 15(a)-(g). | Admitted. |

16.     Admitted

17.     The respondent is without knowledge or information sufficient to respond to these paragraphs.

And further answering, pursuant to Rule 5 of the Rules Governing 28 U.S.C. § 2254 cases, the respondent is also filing a Supplemental Answer with the following documents from the petitioner's state court proceedings:

1. Brief and Record Appendix for the Defendant-Appellant on Appeal to the Massachusetts Appeals Court (No. 99-P-1940).

2. Brief for the Commonwealth on Appeal to the Massachusetts Appeals Court (No. 99-P-1940).

3. *Commonwealth v. Hill*, 50 Mass.App.Ct. 1114, 751 N.E.2d 933 (2001).

4. Brief and Record Appendix for the Defendant-Appellant on Appeal to the Massachusetts Appeals Court (No. 02-P-0064).

5. Brief for the Commonwealth on Appeal to the Massachusetts Appeals Court (No. 02-P-0064).

6. Reply Brief for the Defendant-Appellant on Appeal to the Massachusetts Appeals Court (No. 02-P-0064).

7. *Commonwealth v. Hill*, 58 Mass.App.Ct. 1110, 792 N.E.2d 149 (2003).

8. Application for Further Appellate Review to the Massachusetts Supreme Judicial Court (No. FAR-13952)

9. *Commonwealth v. Hill*, 441 Mass. 1105, 806 N.E.2d 102 (2004).

## **AFFIRMATIVE DEFENSES**

1. The petition is time-barred under 28 U.S.C. §2244(d)(1), and United States Supreme Court and First Circuit precedent.

2. The petitioner's claims are procedurally defaulted because the decision of the state appellate courts rests on independent and adequate state grounds.

3. The petitioner fails to state a claim upon which Habeas Corpus relief can be granted.

Respectfully Submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

*Annette C. Benedetto*
Annette C. Benedetto
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, MA 02180
(617) 727-2200
BBO No. 037060

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above documents was served upon Petitioner, Gerald M. Hill, *pro se*, Souza-Baranowski Correctional Center, P.O. Box 8000, Shirley, MA 01464 by first class mail, postage pre-paid, on September 1, 2004.

*Annette C. Benedetto*
Annette C. Benedetto
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, MA 02180
(617) 727-2200
BBO No. 037060