Gerald M. Hill
S.B.C.C.
P.O. Box 8000
Shirley, MA. 01464


November 1, 2004


Anthony Anastas, Clerk
United States District Court
District of Massachusetts
Office of The Clerk
1 Courthouse Way
Boston, MA. 02210


RE: Hill v. Ficco
C.A. NO. 04-10776-RCL


Dear Mr. Anastas;

    On 10/26/04, I received an order from Judge Reginald C. Lindsay granting Motion(10) for the respondent, and ordering the petitioner to file a more definite statement.

It is my belife that the issue of the respondent needing a more definite statement has already been addressed.

On 7/30/04, I filed a motion in opposition to the extension of time to file an answer to the writ of Habeas Corpus plus forward a complete legible copy of the application for the writ of Habeas Corpus (that the court accepted and allowed) to the Assistant Attorney General Annette C. Benedetto.

On 9/1/04, Assistant Attorney General Annette C. Benedetto filed an answer and supplemental answer to the petitioners application for writ of Habeas Corpus.

On 9/17/04, I, the petitioner filed a memorandum in support of the petition for writ of Habeas Corpus.

If the court maintains the order of the petitioner sending the A.A.G. Annette C. Benedetto a new more definite statement, please notify me immediately.

Thank you for your time and attention this matter.

Very Truly Yours,

Gerald M. Hill

c.c Assistant Attorney
    General Annette C.
    Benedetto