UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GERALD M. HILL,<br>    Petitioner,<br><br>v.<br><br>EDWARD FICCO, SUPERINTENDENT<br>    Respondent | C.A. NO. 04-10776-RCL |

### RESPONDENT'S MOTION FOR SCHEDULING ORDER

The respondent in the above-captioned habeas corpus action respectfully moves this Court to establish a briefing schedule which allows him to file a dispositive motion and/or memorandum of law in opposition to the petition within sixty (60) days or before January 5, 2005, and the petitioner to file a reply memorandum, if desired, within sixty (60) days thereafter.

In support thereof, the respondent states that the petitioner supplied a legible and complete copy of the petition after the respondent filed a motion for a more definite statement which was allowed by the Court. Subsequently the respondent filed an Answer and Supplemental Answer to the petition and the petitioner filed a memorandum in support of the petition. The respondent seeks a scheduling order to file his dispositive memorandum and/or merits memorandum by January 5, 2005. This time is necessary due to the litigation deadlines of respondent counsel's post-conviction case load which includes researching and drafting two briefs in the United States Court of Appeals for the First Circuit in the next few weeks.

2

WHEREFORE, the respondent moves this Court to establish a briefing schedule which allows him to file a dispositive motion and/or memorandum of law in opposition to the petition within sixty (60) days or before January 5, 2005, and the petitioner to file a reply memorandum if desired, within sixty (60) days thereafter.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

*Annette C. Benedetto*
Annette C. Benedetto
Assistant Attorney General
Criminal Bureau
Attorney General's Office
One Ashburton Place,
Boston, MA 02108
617-727-2200

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above documents was served upon the petitioner pro se on November 5, 2004, by first class mail, postage prepaid, at the address below:

Gerald M. Hill, pro se
Souza-Baronowski Correctional Center
P. O. Box 8000
Shirley, MA 01464

*Annette C. Benedetto*
Annette C. Benedetto
Assistant Attorney General