UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Gerald M. Hill

V.  C.A. No. 04-10776-RCL

Edward Ficco, et. al.

AFFIDAVIT IN SUPPORT OF MOTION FOR APPOINTMENT OF COUNSEL

I, Gerald M. Hill, do hereby depose and state:

1. I am the petitioner in the above entitled matter

2. I am indigent and unable to afford private counsel

3. I am allowed only 3 hours of library time per week

4. My knowledge of the law is very limited

5. I have valid arguments that should grant this Have and I need proper representation to guide me through.

6. The respondent is ready to proceed with the writ and the petitioner needs attorney representation.

Signed under the pains and
penalties of perjury on this
day of November 30, 2004

Gerald M. Hill W-36748
S.B.C.C.  PO Box 8000
Shirley, MA  01464

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above documents were served upon the respondent Assistant Attorney General on November 30, 2004 by first class mail, postage prepaid, at the address below:

Annette C. Benedetto
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, MA 02108

Gerald M. Hill, pro se