UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| GERALD M. HILL,   Petitioner, | ) ) ) ) | |
| v. | ) ) | C.A. NO. 04-10776-RCL |
| EDWARD FICCO, SUPERINTENDENT   Respondent | ) ) ) ) | |

**MOTION TO ENLARGE THE TIME
FOR FILING A DISPOSITIVE MOTION AND MEMORANDUM**

The respondent, through counsel, respectfully moves this Court to enlarge the time for filing a dispositive motion and supporting memorandum in the above-captioned petition for writ of habeas corpus to January 18, 2005.

In support thereof, the respondent's attorney states that she is currently working on several habeas corpus petitions simultaneously with competing deadlines and needs additional time to complete the memorandum in the instant case. See Jones v. Thompson, USDC C.A. No. 04-121870-GAO; Gosselin v. Maloney, USDC C.A. No. 02-12413-RWZ; Bousquet v. Ficco, USDC C.A. No. 04010601-WGY and Hoilett v. Allen, USDC C.A. No. 03-12619-RCL. The undersigned also just completed and filed a brief in the United States Court of Appeals for the First Circuit in a habeas appeal which precluded researching issues presented in the above case. See Shine v. Ficco, First Circuit No. 04-1904.

WHEREFOR, for the above-stated reasons, the respondent respectfully moves this Court

2

to enlarge the time for filing a dispositive motion and memorandum in the instant case to January 18, 2005.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

s/ _____
Annette C. Benedetto
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200
BBO No. 037060

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the petitioner pro se on January 6, 2005, by first class mail, postage prepaid, at the address below:

Gerald M. Hill, pro se
Souza-Baronowski Correctional Center
P. O. Box 8000
Shirley, MA 01464

_____
Annette C. Benedetto
Assistant Attorney General