UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB 15 P 12: 30

U.S. DISTRICT COURT
DISTRICT OF MASS

Gerald M. Hill

    Petitioner

V.

Edward Ficco, Superintendent

C.A. No. 04-10776-RCL

### PETITIONERS MOTION TO WITHDRAW UNEXHAUSTED CLAIMS

Petitioner in the above-captioned action respectfully moves this court to allow petitioner to withdraw unexhausted claim [(five) Massachusetts Appeals Court committing error of law by not considering jurisdictional due process claim], and unexhausted claim [(six) doctrine of stare decisis and equal protection of the law requiring an evidentiary hearing and trial court disregarded the law] from petitioners petition for writ of habeas corpus.

Respectfully Submitted,

*[signature]*

Gerald M. Hill
SBCC
PO Box 8000
Shirley, MA 01464

### CERTIFICATE OF SERVICE

I, Gerald M. Hill certify that I have served a copy of the above motion on A.A.G. Annette C. Benedetto, One Ashburton Place, Boston, MA 02108, by mail, first class, postqage prepaid on February 14, 2005.