UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

GERALD M. HILL

    Petitioner

V

EDWARD FICCO, Superintendent

    Respondent

FILED
CLERKS OFFICE
2005 FEB 24 P 1:59
US DISTRICT COURT
DISTRICT OF MASS

C.A. No. 04-10776-R.C.L.

## AFFIDAVIT OF GERALD M. HILL

I, Gerald M. Hill, do hereby depose and state.

1. I am the petitioner in the above entitled matter.

2. Attorney John Pino, never advised petitioner of his right to remain silent during psychiatric evaluations, against self incrimination privilege.

3. Juvenile Attorney John Pino and Superior Court Attorney/Kevin Dawley both were ineffective assistance of counsel for petitioner.

4. Post-conviction counsels Rosemary Scapicchio and James E Small Jr. also were ineffective assistance of counsel for petitioner.

5. Attorney James E Small Jr. abandoned petitioner's appeal for further appellate review with the Supreme Judicial Court.

Signed under the pains and penalties of perjury

Date: 2-21-05

[signature]