**ERRATA**

Petitioner raised miscarriage of justice claims in this fourth post-conviction from the proceedings in petitioner's juvenile transfer hearing and decision to waive jurisdiction, whereas petitioner's Fifth Amendment, federal and state constitutional privilege against self-incrimination were violated. Specifically, the pettioner was arrested and charged for murder and assault with intent to rob on February 11, 1978. Petetioner then fifteen years old, Boston Juvenile Court Judge Poitrast, ordered petitioner to be evaluated by the court clinic on February 13, 1978. Petitioner was evaluated by four different psychiatrist and not once before, during, or after any of these evaluations was the petitioner ever advised of his right to remain silent; nor was he ever given the required lamb warning. See, M.G.L. c. 233, § 20B; Commonwealth V. Lamb, 365 Mass. 265, 266-270 (1974); In Re Gault, 87 S.Ct. 1428, 1454-1455 (1967); Estelle V. Smith, 101 S.Ct. 1866, 1872-1873 (1981); Dept. of Youth Service V. A Juvenile, 398 Mass. 516, 524-526 (1986). All of the above cases cited have been deemed miscarriage of justice, federal and state.

In proceedings to transfer juveniles charged with murder in first, or second degree, privileges against self-incrimination, protected by federal and state constitution, foreclose compelled psychiatric examination where juvenile does not seek to introduce his own psychiatric evidence in second portion of

# CERTIFICATE OF SERVICE

I hereby, certify that a true copy of the above document was served upon the Assistant Attorney General, Annette C. Benedetto on March 18th, 2005 by first class mail, postage prepaid, at the address below.

Annette C. Benedetto
One Ashburton Place
Boston, MA. 02108-1598

_____
Gerald M. Hill pro se,