UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**GERALD M. HILL**

V.                                                        **CIVIL ACTION NO. 04-10776-RCL**

**EDWARD FICCO**

### JUDGMENT OF DISMISSAL

LINDSAY, D.J.

In accordance with the Court's Order of June 16, 2005 allowing the motion to dismiss of the respondent, Judgment is hereby entered as follows: Judgment for the respondent Edward Ficco dismissing this action.

June 21, 2005                                    /s/ Lisa M. Hourihan
                                                         Deputy Clerk