UNITED STATES COURT OF APPEALS
FIRST CIRCUIT

Gerald M. Hill

v.                    2005 JUL 18 P 2: 3:            2004-10766-RCL

Edward Ficco    FILED IN CLERKS OFFICE
                COURT OF APPEALS
                FIRST CIRCUIT

NOTICE OF APPEAL


NOTICE, is hereby given that Gerald M. Hill, petitioner in the above-entitled matter, appeals to the United States Court of Appeals for the First Circuit from the judgment enterd in this action on June 21, 2005.


Dated: 7-1L-05


Respectfully submitted,

/s/ Gerald M. Hill

Gerald M. Hill, pro se
P.O. Box 8000
Shirley, MA.
01464