UNITED STATES COURT OF APPEALS
FIRST CIRCUIT

2005 JUL 18 P 2: 3:
FILED IN CLERKS OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

Gerald M. Hill

v.                                    2004-10776-RCL

Edward Ficco


MOTION FOR CERTIFICATE OF APPEALABILITY


Now comes the petitioner and hereby moves this honorable court to grant petitioner's request for a certificate of appealability.

Petitioner attaches his Memorandum in Support of the Motion for Certificate of Appealability.


Dated: 7-11-05


                                    Respectfully submitted,

                                    _____
                                    Gerald M. Hill. pro se

                                    P.O. BOX 8000
                                    Shirley, MA.
                                    01464