UNITED STATES COURT OF APPEALS
FIRST CIRCUIT

Gerald M. Hill

v.                                    2004-10776-RCL

Edward Ficco

MOTION FOR CERTIFICATE OF APPEALABILITY

Now comes the petitioner and hereby moves this honorable court to grant petitioner's request for a certificate of appealability.

Petitioner attaches his Memorandum in Support of the Motion for Certificate of Appealability.

Dated: 7-11-05

Respectfully submitted,

Gerald M. Hill. pro se

P.O. BOX 8000
Shirley, MA.
01464