# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-10776

Gerald M. Hill

v.

Edward Ficco

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 7/18/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on August 3, 2005.

Sarah A. Thornton, Clerk of Court

By: *[signature]*
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: 5-4-05

*[signature]*
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

APPEAL

# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:04-cv-10776-RCL

| | |
|---|---|
| Hill v. Ficco | Date Filed: 04/14/2004 |
| Assigned to: Judge Reginald C. Lindsay | Jury Demand: None |
| Cause: 28:2254 Petition for Writ of Habeas Corpus (State) | Nature of Suit: 530 Habeas Corpus (General) |
| | Jurisdiction: Federal Question |

**Petitioner**

**Gerald M. Hill**     represented by     **Gerald M. Hill**
Souza Baranowski Correctional Center
P.O. Box 8000
Shirley, MA 01464
PRO SE

V.

**Respondent**

**Edward Ficco**     represented by     **Annette C. Benedetto**
Department of Attorney General
McCormack Building
One Ashburton Place
Boston, MA 02208
617-727-2200
Fax: 617-727-5755
Email: Annette.Benedetto@AGO.state.ma.us

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/14/2004 | 1 | MOTION for Leave to Proceed in forma pauperis by Gerald M. Hill.(Jenness, Susan) (Entered: 04/16/2004) |
| 04/14/2004 | 2 | MOTION to Appoint Counsel by Gerald M. Hill. (Jenness, Susan) (Entered: 04/16/2004) |
| 04/14/2004 | 3 | AFFIDAVIT in Support re 2 MOTION to Appoint Counsel. (Jenness, Susan) (Entered: 04/16/2004) |
| 04/14/2004 | 4 | PETITION for writ of habeas corpus pursuant to 28:2254, filed by Gerald M. Hill.(Jenness, Susan) (Entered: 04/16/2004) |
| 04/14/2004 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Dein. (Jenness, Susan) (Entered: 04/16/2004) |
| 04/16/2004 |  | Case undergoing preliminary screening (Jenness, Susan) (Entered: 04/16/2004) |
| 04/29/2004 | 6 | Judge Reginald C. Lindsay : ORDER entered SERVICE ORDER re 2254 Petition. Order entered pursuant to R.4 of the Rules governing Section 2254 cases for service on respondents. Answer/responsive pleading due w/in 20 days of rcpt of this order.(Morse, Barbara) (Entered: 05/06/2004) |
| 05/05/2004 | 5 | Judge Reginald C. Lindsay : ORDER entered denying 2 Motion to Appoint Counsel without prejudice to filing such a motoin after the respondent has filed a responsive pleading to the petition. (Morse, Barbara) (Entered: 05/06/2004) |
| 05/05/2004 | 7 | Judge Reginald C. Lindsay : ORDER entered denying 1 Motion for Leave to Proceed in forma pauperis. IT IS FURTHER ORDERED that petitioner must pay the $5.00 filng fee to the Clerk of Court within forty-two (42) days from the date of this Order, or this action |

| | | |
|---|---|---|
| | | will be subject to dismissal. (Morse, Barbara) (Entered: 05/06/2004) |
| 05/06/2004 | | Set Deadlines/Hearings: Petitioner's payment of the $5.00 filing fee due by 6/16/2004. (Morse, Barbara) (Entered: 05/06/2004) |
| 05/07/2004 | | Copies of the petition and orders. no. 5,6,and 7 are mailed via certified mail to respondents and order no. 5,6, and 7 are mailed via us mail to petitioner. (Jenness, Susan) (Entered: 05/07/2004) |
| 05/07/2004 | | File forwarded to RCL session (Jenness, Susan) (Entered: 05/07/2004) |
| 05/10/2004 | | Return receipt received for Service Order mail sent to Edward Ficco Delivered on 5/8/04 (Stanhope, Don) (Entered: 05/10/2004) |
| 05/12/2004 | | Return receipt received for mail sent to Cathryn A. Neaves, Esq Delivered on 5/10/04 (Stanhope, Don) (Entered: 05/12/2004) |
| 05/19/2004 | | Filing fee: $ 5.00, receipt number 56023 regarding Writ of Habeas Corpus (Stanhope, Don) (Entered: 05/21/2004) |
| 06/02/2004 | 8 | NOTICE of Appearance by Annette C. Benedetto on behalf of Edward Ficco (Stanhope, Don) (Entered: 06/04/2004) |
| 06/02/2004 | 9 | MOTION for Enlargement of Time to 7/23/04 to File Answer or Other Responsive Pleadings by Edward Ficco.(Stanhope, Don) (Entered: 06/04/2004) |
| 06/24/2004 | | Judge Reginald C. Lindsay : Electronic ORDER entered granting 9 Motion for Extension of Time to Answer to 7/23/04 Edward Ficco. (Stanhope, Don) (Entered: 06/24/2004) |
| 07/26/2004 | 10 | MOTION for A More Definite Statement and for Extension of Time To File Answer in Response to the |

| | | |
|---|---|---|
| | | More Definite Statement. by Edward Ficco. c/s.(Bell, Marie) (Entered: 07/27/2004) |
| 07/26/2004 | 11 | MEMORANDUM in Support re 10 MOTION for Extension of Time to To File Answer in Response to the More Definite Statement MOTION for More Definite Statement filed by Edward Ficco. (Hourihan, Lisa) (Entered: 07/28/2004) |
| 08/12/2004 | 12 | Motion in Opposition to 10 MOTION for Extension of Time to To File Answer in Response to the More Definite Statement MOTION for More Definite Statement filed by Gerald M. Hill. (Stanhope, Don) (Entered: 08/13/2004) |
| 08/12/2004 | 13 | AFFIDAVIT of Petitioner in Support of 12 Motion Opposing Respondent's Motion for Enlargement of Time To File Answer to Petitioners Writ of Habeas Corpus. (Stanhope, Don) (Entered: 08/13/2004) |
| 09/01/2004 | 14 | ANSWER to Complaint by Edward Ficco.(Stanhope, Don) (Entered: 09/02/2004) |
| 09/01/2004 | 15 | Supplemental ANSWER to Complaint by Edward Ficco.(Stanhope, Don) (Entered: 09/02/2004) |
| 09/17/2004 | 16 | MEMORANDUM In Support of 4 Petitioner's Complaint for Habeas Corpus Relief(28:2254). (Attachments: # 1 Exhibit)(Stanhope, Don) (Entered: 09/20/2004) |
| 09/17/2004 | 17 | EXHIBIT- PROCEDURAL HISTORY by Gerald M. Hill. (Attachments: # 1 Exhibit NOT SCANNED) (Stanhope, Don) (Entered: 09/20/2004) |
| 10/23/2004 | | Judge Reginald C. Lindsay : electronic ORDER entered granting 10 MOTION for A More Definite Statement and for Extension of Time To File Answer in Response to the More Definite Statement. As requested by the respondent, in the more definite statement, the petitioner should legibly and clearly set |

| | | |
|---|---|---|
| | | out each claim on which he bases his petition, together with a brief statement of the supporting facts. He should also include information regarding post-conviction remedies he has sought. The respondent must file his answer, in accordance with the appropriate rules, following the submission, by the petitioner, of his more definite statement. (Lindsay, Reginald) (Entered: 10/23/2004) |
| 11/04/2004 | 18 | Letter from Gerald M. Hill, regarding the Court Ordering the Petitioner to File a More Definite Statement. (Stanhope, Don) (Entered: 11/08/2004) |
| 11/08/2004 | 19 | Respondent's MOTION for Scheduling Order by Edward Ficco.(Stanhope, Don) (Entered: 11/09/2004) |
| 12/01/2004 | 20 | MOTION to Appoint Counsel by Gerald M. Hill. (Stanhope, Don) (Entered: 12/03/2004) |
| 12/01/2004 | 21 | AFFIDAVIT in Support of 20 MOTION to Appoint Counsel. (Stanhope, Don) (Entered: 12/03/2004) |
| 12/02/2004 | | Judge Reginald C. Lindsay : Electronic ORDER entered granting 19 Motion for Scheduling Order. Dispositive Memorandum and/or Merits Memorandum to be filed by 1/5/05. Any Reply to be filed by 3/5/05. (Hourihan, Lisa) (Entered: 12/02/2004) |
| 12/22/2004 | | Judge Reginald C. Lindsay : Electronic ORDER entered denying 20 Motion to Appoint Counsel without prejudice to a renewal of this motion if an evidentiary hearing is required. (Hourihan, Lisa) (Entered: 12/22/2004) |
| 01/06/2005 | 22 | MOTION for Extension of Time to January 18, 2005 to File Response/Reply by Edward Ficco.(Benedetto, Annette) (Entered: 01/06/2005) |
| 01/10/2005 | | Judge Reginald C. Lindsay : ElectronicORDER entered granting 22 Motion for Extension of Time to |

| | | |
|---|---|---|
| | | File Response/Reply re 22 MOTION for Extension of Time to January 18, 2005 to File Response/Reply (Hourihan, Lisa) (Entered: 01/10/2005) |
| 01/14/2005 | 23 | MOTION to Dismiss *and Supporting Memo* by Edward Ficco.(Benedetto, Annette) (Entered: 01/14/2005) |
| 01/14/2005 | 24 | MEMORANDUM in Support of 23 MOTION to Dismiss *and Supporting Memo* filed by Edward Ficco. (Stanhope, Don) (Entered: 01/18/2005) |
| 02/15/2005 | 25 | Petitioners MOTION to Withdraw Unexhausted Claims filed by Gerald M. Hill.(Stanhope, Don) (Entered: 02/16/2005) |
| 02/24/2005 | 26 | Petitioners Opposition to 23 MOTION to Dismiss *and Supporting Memo* filed by Gerald M. Hill. (Stanhope, Don) (Entered: 02/28/2005) |
| 02/24/2005 | 27 | AFFIDAVIT of Gerald M. Hill filed by Gerald M. Hill. (Stanhope, Don) (Entered: 02/28/2005) |
| 03/21/2005 | 28 | Errata correction for page 13 of Petitioners Opposition to Respondent's Moton to Dismiss. (Stanhope, Don) (Entered: 03/25/2005) |
| 06/16/2005 | 29 | Judge Reginald C. Lindsay : ORDER entered finding as moot 25 Petitioner's Motion to Withdraw Unexhausted Claim, in light of ruling on repondent's motion to dismiss the petition; and granting 23 Respondent's Motion to Dismiss the Petition, for the reasons set forth in the accompanying memorandum and order. The clerk shall enter judgment for the respondent, dismissing the petition and shall terminate this case on the court's docket.(Lindsay, Reginald) Corrected copy of the Memorandum and Order (also entered by Judge Lindsay on 6/16/05 as document #30) added on 6/17/2005 (Hurley, Virginia). (Entered: 06/16/2005) |

| | | |
|---|---|---|
| 06/16/2005 | 30 | Notice of correction to docket made by Court staff. Correction: Document 29 : To correct a citation to AEDPA at page 3 of the court's memorandum and order. (Lindsay, Reginald) (Entered: 06/16/2005) |
| 06/21/2005 | 31 | Judge Reginald C. Lindsay : ORDER entered. JUDGMENT in favor of respondent against petitioner (Hourihan, Lisa) (Entered: 06/21/2005) |
| 07/18/2005 | 32 | NOTICE OF APPEAL by Gerald M. Hill. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 8/17/2005. (York, Steve) Modified on 7/29/2005 to correct filing date from 7/28/05 to 7/18/05., Filed (York, Steve). (Entered: 07/29/2005) |
| 07/18/2005 | 33 | CERTIFICATE OF APPEALABILITY (York, Steve) Modified on 8/1/2005 (to re-docket this Certificate as a Motion for Certificate of Appealability as it should have been entered as a motion (York, Steve). (Entered: 07/29/2005) |
| 07/18/2005 | 35 | MOTION for Certificate of Appealability by Gerald M. Hill. Filed(York, Steve) (Entered: 08/01/2005) |
| 07/28/2005 | | Notice of correction to docket made by Court staff. Correction: Date corrected because: Incorrect filing date was posted on docket sheet (York, Steve) (Entered: 07/29/2005) |
| 07/28/2005 | 34 | MEMORANDUM in Support of Petitioner's 33 Certificate of Appealability. By Gerald M. Hill., Filed (Attachments: # 1 Part 2)(York, Steve) (Entered: 07/29/2005) |
| 08/01/2005 | | Notice of correction to docket made by Court staff. Correction: Document No. 33, Certificate corrected: as |

|  |  |  |
|---|---|---|
|  |  | this certificate was not filed as a motion. Motion refiled as Document No. 35 (York, Steve) (Entered: 08/01/2005) |
| 08/02/2005 |  | Judge Reginald C. Lindsay : Electronic ORDER entered. Certificate of Appealability Denied re 32 Notice of Appeal. This ruling is made for the reasons stated in the conclusion and elsewhere in the court's memorandum and order of June 16, 2005 denying the petition for habeas relief. (Lindsay, Reginald) (Entered: 08/02/2005) |