UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

GERALD M. HILL

PETITIONER - APPELLANT

D.C. NO. 04-10776-RCL

NO. 05-2162

V.

EDWARD FICCO

RESPONDENT - APPELLEE

## MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL

NOW COMES GERALD M. HILL, APPELLANT-PETITIONER IN THE ABOVE-ENTITLED MATTER REQUESTING THAT THIS HONORABLE COURT ALLOW APPELLANT-PETITIONER'S REQUEST SOUGHT IN THIS MOTION.

Respectfully Submitted

/s/ Gerald M. Hill
GERALD M. HILL
P.O. BOX 1218
SHIRLEY, MA.
01464

DATE 8-19-05

# CERTIFICATE OF SERVICE

I, GERALD M. Hill, CERTIFY THAT I HAVE SENT A TRUE COPY OF APPELLANT'S MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL AND AFFIDAVIT TO ASSISTANT ATTORNEY GENERAL ANNETTE C. BENEDETTO, ONE ASHBURTON PL. BOSTON, MA. 02108 BY FIRST-CLASS POSTAGE PRE-PAID MAIL ON 8-19-05

*Gerald M. Hill*

Gerald M. Hill
P.O. BOX 2000
Shirley, MA
01464