# Affidavit to Accompany
## Motion for Leave to Appeal in Forma Pauperis

**District Court  No.** 04 - CV- 10776 - RCL

**Appeal No.** 05 - 2162

**v.**

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct.(28 U.S.C. § 1746; 18 U.S.C. § 1621.)<br><br>**Signed:** _Keith M. Keep_ | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.<br>**Date:** _8 - 19 - 05_ |

**My issues on appeal are:**

*1.   For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| **Employment** | $ 0 | $ 0 | $ 0 | $ 0 |
| **Self-employment** | $ 0 | $ 0 | $ 0 | $ 0 |
| **Income from real property (such as rental income)** | $ 0 | $ 0 | $ 0 | $ 0 |
| **Interest and dividends** | $ 0 | $ 0 | $ 0 | $ 0 |

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| **Gifts** | $ | $ | $ | $ |
| **Alimony** | $ | $ | $ | $ |
| **Child support** | $ | $ | $ | $ |
| **Retirement (such as social security, pensions, annuities, insurance** | $ | $ | $ | $ |
| **Disability (such as social security, insurance payments)** | $ | $ | $ | $ |
| **Unemployment payments** | $ | $ | $ | $ |
| **Public-assistance (such as welfare)** | $ | $ | $ | $ |
| **Other (specify):** | $ | $ | $ | $ |
| **Total Monthly income:** | $ | $ | $ | $ |

2. *List your employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)*

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| NONE | | | |
| NONE | | | |
| NONE | | | |

3. *List your spouses's employment history, most recent employer first. (Gross monthly pay is before taxes or other deductions)*

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| N/A | | | |
| N/A | | | |
| N/A | | | |

2

**4.  *How much cash do you and your spouse have?* $**  _N/A_

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| NONE | NONE | $ 0 | $ 0 |
| NONE | NONE | $ 0 | $ 0 |
| NONE | NONE | $ 0 | $ 0 |

**If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts.  If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

*5.  List the assets, and their values, which you or your spouse owns.  Do not list clothing and ordinary household furnishings.*

| Home | (Value) | Other real estate | (Value) | Motor Vehicle #1 | (Value) |
|---|---|---|---|---|---|
| N/A | | N/A | | Make & year: N/A | |
| N/A | | N/A | | Model: N/A | |
| N/A | | N/A | | Registration#: N/A | |

| Motor Vehicle #2 | (Value) | Other assets | (Value) | Other assets | (Value) |
|---|---|---|---|---|---|
| Make & year: N/A | | N/A | | N/A | |
| Model: N/A | | N/A | | N/A | |
| Registration#: N/A | | N/A | | N/A | |

*6.  State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| NONE | 0 | 0 |
| NONE | 0 | 0 |
| NONE | 0 | 0 |

*7.  State the persons who rely on you or your spouse for support.*

| Name | Relationship | Age |
|---|---|---|
| Nell Marie Hill | Father | 64 |
| Imuanue M. Hill | Mother | 62 |
| Leslie M. Hill | Sister | 43 |

*8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

|  | You | Spouse |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | $ |
| Are any real estate taxes included? □ Yes ☒ No | | |
| Is property insurance included?   □ Yes ☒ No | | |
| Utilities (electricity, heating fuel, water, sewer, and Telephone) | $ | $ |
| Home maintenance (repairs and upkeep) | $ | $ |
| Food | $ | $ |
| Clothing | $ | $ |
| Laundry and dry-cleaning | $ | $ |
| Medical and dental expenses | $ | $ |
| Transportation (not including motor vehicle payments) | $ | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ | $ |
| Insurance (not deducted from wages or included in Mortgage payments) | $ | $ |
| Homeowner's or renter's | $ | $ |
| Life | $ | $ |
| Health | $ | $ |
| Motor Vehicle | $ | $ |
| Other:_____ | $ | $ |
| Taxes (not deducted from wages or included in Mortgage payments)(specify):_____ | $ | $ |
| Installment payments | $ | $ |
| Motor Vehicle | $ | $ |
| Credit card (name):_____ | $ | $ |
| Department store (name):_____ | $ | $ |
| Other:_____ | $ | $ |

4

Alimony, maintenance, and support paid to others                    $ _____    $ _____

Regular expenses for operations of business, profession,            $ _____    $ _____
    or farm (attach detailed statement)

Other (specify):_____                           $ _____    $ _____

                          **Total monthly expenses**:               $ _____    $ _____


*9. Do you expect any major changes to your monthly income or expenses in your assets or liabilities during the next 12 months?*
□ Yes   ☒ No                          If yes, describe on an attached sheet.


*10. Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form?* □ Yes   ☒ No

If yes, how much? $ _____

If yes, state the attorney's name, address, and telephone number: _n/a_

_____

_____


*11. Have you paid — or will you be paying — anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?*
□ Yes   ☒ No

If yes, how much? $ _____

If yes, state the person's name, address, and telephone number: _n/a_

_____

_____


*12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.* I only receive gift's (money) from my parents and sister occasionally and I earn $7.50¢ per week from person job. The gifts are for purchases of Hygiene items and food from the commissary.

5

*13.State the address of your legal residence.*

NoNé

---

Your daytime phone number: ( N|A )        N|A
Your age: 42              Your years of schooling: GED

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

**Date :  20050811 13:37**

| | | | | |
|---|---|---|---|---|
| Commit# : | W36748 | | SOUZA-BARANOWSKI CORRECTIONAL | Page : 1 |
| Name : | HILL, GERALD. , | | Statement From | 20050201 |
| Inst : | SOUZA-BARANOWSKI CORRECTIONAL | | To | 20050811 |
| Block : | J2 | | | |
| Cell/Bed : | 18 /A | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | **Total Transaction before this Period :** | $2,341.22 | $2,340.94 | $0.00 | $0.00 |
| 20050204 11:33 | ML - Mail | 4089414 | | SBCC | ~LESLIE HILL | $50.00 | $0.00 | $0.00 | $0.00 |
| 20050204 11:33 | MA - Maintenance and Administration | 4089415 | | SBCC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050204 22:30 | CN - Canteen | 4091126 | | SBCC | ~Canteen Date : 20050204 | $0.00 | $0.20 | $0.00 | $0.00 |
| 20050209 16:46 | IS - Interest | 4107560 | | SBCC | | $0.08 | $0.00 | $0.00 | $0.00 |
| 20050210 12:00 | C1 - Transfer from Club to Inmate A/c | 4134168 | | SBCC | ~canteen refund 2/4/05~W36748 HILL,GERALD  PERSONAL~KCN WASH ACCOUNT - Z5 | $0.20 | $0.00 | $0.00 | $0.00 |
| 20050211 22:30 | CN - Canteen | 4141328 | | SBCC | ~Canteen Date : 20050211 | $0.00 | $42.44 | $0.00 | $0.00 |
| 20050215 09:10 | ML - Mail | 4148300 | | SBCC | ~NOEL HILL | $75.00 | $0.00 | $0.00 | $0.00 |
| 20050218 22:30 | CN - Canteen | 4172760 | | SBCC | ~Canteen Date : 20050218 | $0.00 | $40.62 | $0.00 | $0.00 |
| 20050225 22:30 | CN - Canteen | 4201188 | | SBCC | ~Canteen Date : 20050225 | $0.00 | $21.05 | $0.00 | $0.00 |
| 20050228 11:48 | ML - Mail | 4203540 | | SBCC | ~G  HILL | $40.00 | $0.00 | $0.00 | $0.00 |
| 20050228 14:17 | IC - Transfer from Inmate to Club A/c | 4204125 | | SBCC | ~haircut 1/31-2/4~HAIRCUT REVENUE - Z3~HAIRCUT REVENUE - Z3 | $0.00 | $1.50 | $0.00 | $0.00 |
| 20050304 22:30 | CN - Canteen | 4234863 | | SBCC | ~Canteen Date : 20050304 | $0.00 | $12.63 | $0.00 | $0.00 |
| 20050309 10:14 | ML - Mail | 4249394 | | SBCC | ~G. HILL | $40.00 | $0.00 | $0.00 | $0.00 |
| 20050309 10:14 | MA - Maintenance and Administration | 4249395 | | SBCC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050311 22:30 | CN - Canteen | 4269374 | | SBCC | ~Canteen Date : 20050311 | $0.00 | $26.05 | $0.00 | $0.00 |
| 20050315 16:52 | IS - Interest | 4278741 | | SBCC | | $0.13 | $0.00 | $0.00 | $0.00 |
| 20050318 22:30 | CN - Canteen | 4316095 | | SBCC | ~Canteen Date : 20050318 | $0.00 | $26.35 | $0.00 | $0.00 |
| 20050325 22:30 | CN - Canteen | 4348651 | | SBCC | ~Canteen Date : 20050325 | $0.00 | $32.63 | $0.00 | $0.00 |
| 20050408 16:47 | IS - Interest | 4418773 | | SBCC | | $0.13 | $0.00 | $0.00 | $0.00 |
| 20050411 10:06 | ML - Mail | 4437076 | | SBCC | ~21 WOLCOLT ST | $30.00 | $0.00 | $0.00 | $0.00 |
| 20050411 10:06 | MA - Maintenance and Administration | 4437078 | | SBCC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050415 22:30 | CN - Canteen | 4468727 | | SBCC | ~Canteen Date : 20050415 | $0.00 | $28.93 | $0.00 | $0.00 |
| 20050419 09:49 | ML - Mail | 4473469 | | SBCC | ~LISA JOHNSON | $35.00 | $0.00 | $0.00 | $0.00 |
| 20050420 12:18 | C1 - Transfer from Club to Inmate A/c | 4481470 | | SBCC | ~basketball league~W36748 HILL,GERALD PERSONAL~INMATE BENEFIT - Z1 | $20.00 | $0.00 | $0.00 | $0.00 |
| 20050422 10:12 | ML - Mail | 4496780 | | SBCC | ~NOEL HILL | $75.00 | $0.00 | $0.00 | $0.00 |
| 20050422 22:30 | CN - Canteen | 4498416 | | SBCC | ~Canteen Date : 20050422 | $0.00 | $35.06 | $0.00 | $0.00 |
| 20050429 22:30 | CN - Canteen | 4529212 | | SBCC | ~Canteen Date : 20050429 | $0.00 | $25.55 | $0.00 | $0.00 |
| 20050502 16:01 | IC - Transfer from Inmate to Club A/c | 4535694 | | SBCC | ~haircut 4/4-4/8~HAIRCUT REVENUE - Z3~HAIRCUT REVENUE - Z3 | $0.00 | $1.50 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
## Inmate Transaction Report

**Date :  20050811 13:37**

| Commit# : | W36748 | | | | SOUZA-BARANOWSKI CORRECTIONAL | | | Page : | 2 |
|---|---|---|---|---|---|---|---|---|---|
| Name    : | HILL, GERALD, , | | | | Statement From | 20050201 | | | |
| Inst    : | SOUZA-BARANOWSKI CORRECTIONAL | | | | To | 20050811 | | | |
| Block   : | J2 | | | | | | | | |
| Cell/Bed : | 18 /A | | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20050505 12:35 | ML - Mail | 4560186 | | SBCC | ~36 CLAYBOURNE | $20.00 | $0.00 | $0.00 | $0.00 |
| 20050505 12:35 | MA - Maintenance and Administration | 4560188 | | SBCC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050506 22:30 | CN - Canteen | 4568201 | | SBCC | ~Canteen Date : 20050506 | $0.00 | $42.60 | $0.00 | $0.00 |
| 20050511 16:47 | IS - Interest | 4585243 | | SBCC | | $0.12 | $0.00 | $0.00 | $0.00 |
| 20050511 23:11 | PY - Payroll | 4609086 | | SBCC | ~20050424 To 20050430 | $2.00 | $0.00 | $0.00 | $0.00 |
| 20050513 22:30 | CN - Canteen | 4619099 | | SBCC | ~Canteen Date : 20050513 | $0.00 | $19.13 | $0.00 | $0.00 |
| 20050518 23:15 | PY - Payroll | 4642669 | | SBCC | ~20050501 To 20050507 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20050518 23:15 | PY - Payroll | 4642686 | | SBCC | ~20050501 To 20050507~Corrected Payroll 20050410 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20050520 22:30 | CN - Canteen | 4651544 | | SBCC | ~Canteen Date : 20050520 | $0.00 | $25.21 | $0.00 | $0.00 |
| 20050525 09:52 | ML - Mail | 4663653 | | SBCC | ~GILL | $50.00 | $0.00 | $0.00 | $0.00 |
| 20050525 23:15 | PY - Payroll | 4674365 | | SBCC | ~20050508 To 20050514 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20050526 08:40 | IC - Transfer from Inmate to Club A/c | 4675387 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.98 | $0.00 | $0.00 |
| 20050526 22:30 | CN - Canteen | 4678698 | | SBCC | ~Canteen Date : 20050526 | $0.00 | $34.07 | $0.00 | $0.00 |
| 20050531 09:31 | IC - Transfer from Inmate to Club A/c | 4686771 | | SBCC | ~postage/property~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.52 | $0.00 | $0.00 |
| 20050601 23:09 | PY - Payroll | 4704573 | | SBCC | ~20050515 To 20050521 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20050602 11:58 | IC - Transfer from Inmate to Club A/c | 4707740 | | SBCC | ~handball champions/basketball~INMATE BENEFIT - Z1~INMATE BENEFIT - Z1 | $0.00 | $15.00 | $0.00 | $0.00 |
| 20050602 12:05 | CI - Transfer from Club to Inmate A/c | 4707763 | | SBCC | ~fixed error in posting took $-W36748 HILL,GERALD PERSONAL~INMATE BENEFIT - Z1 | $15.00 | $0.00 | $0.00 | $0.00 |
| 20050602 12:06 | CI - Transfer from Club to Inmate A/c | 4707764 | | SBCC | ~handball champions/basketball~W36748 HILL,GERALD PERSONAL~INMATE BENEFIT - Z1 | $15.00 | $0.00 | $0.00 | $0.00 |
| 20050603 22:30 | CN - Canteen | 4715404 | | SBCC | ~Canteen Date : 20050603 | $0.00 | $18.02 | $0.00 | $0.00 |
| 20050608 23:10 | PY - Payroll | 4742528 | | SBCC | ~20050522 To 20050528 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20050609 16:48 | IS - Interest | 4747161 | | SBCC | | $0.14 | $0.00 | $0.00 | $0.00 |
| 20050610 22:30 | CN - Canteen | 4768931 | | SBCC | ~Canteen Date : 20050610 | $0.00 | $21.51 | $0.00 | $0.00 |
| 20050613 11:33 | ML - Mail | 4772244 | | SBCC | ~21 WALCOTT ST | $40.00 | $0.00 | $0.00 | $0.00 |
| 20050613 11:33 | MA - Maintenance and Administration | 4772246 | | SBCC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050614 09:45 | ML - Mail | 4777353 | | SBCC | ~NOBEL HILL | $75.00 | $0.00 | $0.00 | $0.00 |
| 20050615 23:07 | PY - Payroll | 4792528 | | SBCC | ~20050529 To 20050604 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20050617 11:36 | IC - Transfer from Inmate to Club A/c | 4801220 | | SBCC | ~haircut week 5/30-6/3~HAIRCUT REVENUE - Z3~HAIRCUT REVENUE - Z3 | $0.00 | $1.50 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

**Date :** 20050811 13:37

| | | | | Page : 3 |
|---|---|---|---|---|
| **Commit# :** | W36748 | | SOUZA-BARANOWSKI CORRECTIONAL | |
| **Name :** | HILL, GERALD, , | | **Statement From** 20050201 | |
| **Inst :** | SOUZA-BARANOWSKI CORRECTIONAL | | **To** 20050811 | |
| **Block :** | J2 | | | |
| **Cell/Bed :** | 18 /A | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20050617 22:30 | CN - Canteen | 4802360 | | SBCC | ~Canteen Date : 20050617 | $0.00 | $26.38 | $0.00 | $0.00 |
| 20050622 13:50 | IC - Transfer from Inmate to Club A/c | 4816398 | | SBCC | ~SX,SS~KCN WASH ACCOUNT - Z5~KCN WASH ACCOUNT - Z5 | $0.00 | $9.67 | $0.00 | $0.00 |
| 20050622 23:19 | PY - Payroll | 4825543 | | SBCC | ~20050605 To 20050611 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20050624 22:30 | CN - Canteen | 4834759 | | SBCC | ~Canteen Date : 20050624 | $0.00 | $19.41 | $0.00 | $0.00 |
| 20050627 08:26 | IC - Transfer from Inmate to Club A/c | 4835503 | | SBCC | ~property~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.60 | $0.00 | $0.00 |
| 20050629 23:13 | PY - Payroll | 4857001 | | SBCC | ~20050612 To 20050618 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20050630 22:30 | CN - Canteen | 4862890 | | SBCC | ~Canteen Date : 20050630 | $0.00 | $22.32 | $0.00 | $0.00 |
| 20050706 23:15 | PY - Payroll | 4893433 | | SBCC | ~20050619 To 20050625 | $5.00 | $0.00 | $0.00 | $0.00 |
| 20050708 22:30 | CN - Canteen | 4904414 | | SBCC | ~Canteen Date : 20050708 | $0.00 | $20.56 | $0.00 | $0.00 |
| 20050712 10:24 | IC - Transfer from Inmate to Club A/c | 4914433 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.21 | $0.00 | $0.00 |
| 20050713 16:50 | IS - Interest | 4922573 | | SBCC | | $0.25 | $0.00 | $0.00 | $0.00 |
| 20050713 23:20 | PY - Payroll | 4945801 | | SBCC | ~20050626 To 20050702 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20050715 22:30 | CN - Canteen | 4955748 | | SBCC | ~Canteen Date : 20050715 | $0.00 | $19.79 | $0.00 | $0.00 |
| 20050720 23:18 | PY - Payroll | 4978404 | | SBCC | ~20050703 To 20050709 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20050722 22:30 | CN - Canteen | 4987869 | | SBCC | ~Canteen Date : 20050722 | $0.00 | $22.99 | $0.00 | $0.00 |
| 20050725 13:59 | ML - Mail | 4990727 | | SBCC | ~b hill | $60.00 | $0.00 | $0.00 | $0.00 |
| 20050725 13:59 | MA - Maintenance and Administration | 4990729 | | SBCC | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050727 23:17 | PY - Payroll | 5009108 | | SBCC | ~20050710 To 20050716 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20050729 22:30 | CN - Canteen | 5018110 | | SBCC | ~Canteen Date : 20050729 | $0.00 | $38.69 | $0.00 | $0.00 |
| 20050803 16:51 | IS - Interest | 5037518 | | SBCC | | $0.19 | $0.00 | $0.00 | $0.00 |
| 20050803 23:19 | PY - Payroll | 5061061 | | SBCC | ~20050717 To 20050723 | $7.50 | $0.00 | $0.00 | $0.00 |
| 20050805 22:30 | CN - Canteen | 5072920 | | SBCC | ~Canteen Date : 20050805 | $0.00 | $19.49 | $0.00 | $0.00 |
| 20050809 10:02 | IC - Transfer from Inmate to Club A/c | 5082783 | | SBCC | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.83 | $0.00 | $0.00 |
| 20050810 23:19 | PY - Payroll | 5099180 | | SBCC | ~20050724 To 20050730 | $7.50 | $0.00 | $0.00 | $0.00 |
| | | | | | | $725.71 | $685.99 | $0.00 | $0.00 |

| | Personal | Savings |
|---|---|---|
| **Balance as of ending date :** | $40.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date :  20050811 13:37

| | | | Page : 4 |
|---|---|---|---|
| Commit# : | W36748 | SOUZA-BARANOWSKI CORRECTIONAL | |
| Name   : | HILL, GERALD, , | Statement From     20050201 | |
| Inst    : | SOUZA-BARANOWSKI CORRECTIONAL | To     20050811 | |
| Block  : | J2 | | |
| Cell/Bed : | 18 /A | | |

**Current Balances :**

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $40.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |