04-10776
USDC/MA
Lindsay, R.

# MANDATE

# United States Court of Appeals
## For the First Circuit

No. 05-2162

GERALD M. HILL,

Petitioner, Appellant,

v.

EDWARD FICCO,

Respondent, Appellee.

Before

Boudin, <u>Chief Judge</u>,
Torruella and Howard, <u>Circuit Judges</u>.

**JUDGMENT**
**Entered: July 10, 2006**

We <u>deny</u> the request for a certificate of appealability and terminate the appeal. Equitable tolling applies only in exceptional circumstances and may not be used to rescue litigants from their own neglect. <u>Neverson</u> v. <u>Farquharson</u>, 366 F.3d 32 (1st Cir. 2004). Charges of attorney or third-party negligence do not relieve petitioners of the duty to act diligently. <u>Cordle</u> v. <u>Guarino</u>, 428 F.3d 46 (1ST Cir. 2005); <u>Delaney</u> v. <u>Matesanz</u>, 264 F.3d 7 (1st Cir. 2001).

In light of this decision, we deny the petitioner's remaining pending motions.

Appeal terminated.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

_____
Deputy Clerk
Date: 7/31/06

By the Court:

Richard Cushing Donovan, Clerk.

JULIE GREGG

By: _____
Operations Manager.

[cc: Gerald M. Hill, Annette C. Benedetto, AAG]